NO. 07-08-00185-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JULY 24, 2008
_____

SUZANNE MCDONALD, APPELLANT

V.

TEXAN NURSING & REHAB OF AMARILLO, LLC, APPELLEE
_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 58469-C; HONORABLE ANA ESTEVEZ, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Larry McDonald filed a notice of appeal on April 23, 2008. He did not pay the filing fee required under the Rules of Appellate Procedure or file an affidavit of indigence in conformity with Rule of Appellate Procedure 20.1. Nor did he file a docketing statement as required by Rule of Appellate Procedure 32.1. By letter from this Court dated April 29, 2008, we advised McDonald "the filing fee in the amount of $175.00 has not been paid. Failure to pay the filing fee within ten (10) days from the date of this notice may result in dismissal. Tex. R. App. P. 42.3(c)." The letter also directed McDonald to file a docketing

statement within ten days.  McDonald has not filed a docketing statement, paid the filing fee as directed, or filed an affidavit of indigence.  Accordingly, we dismiss the appeal.  Tex. R. App. P. 5, 42.3(c).


                                        James T. Campbell
                                              Justice